# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 3, 2015

### NO. 03-14-00525-CR

**Elias Shawn Bihl aka Elias Bihl, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 340TH DISTRICT COURT OF TOM GREEN COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the trial court's judgment requiring reversal. However, there was error in the judgment that requires correction. Therefore, the Court modifies the trial court's judgment as follows: to reflect that appellant pled "True" to the first enhancement paragraph and that the jury's finding on the first enhancement paragraph was "True." The judgment of conviction, as modified, is affirmed. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.